UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE
CONCORD DIVISION

**IN RE:**

**Rachel Spitz,**
  **Debtor.**

_____/

**CASE NO.: 25-10313-KB**
**CHAPTER 13**

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Homes 2023-NQM2 Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Shellie Labell
    Shellie Labell
    Email: slabell@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 19, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RACHEL SPITZ
100 MAIN STREET
#110-5
CONCORD, MA 01742

And via electronic mail to:

BEATON LAW FIRM
800 TURNPIKE STREET, SUITE 300
NORTH ANDOVER, MA 01845

LAWRENCE P. SUMSKI
TRUSTEE
32 DANIEL WEBSTER HIGHWAY
SUITE 15
MERRIMACK, NH 03054

OFFICE OF THE U.S. TRUSTEE
JAMES C. CLEVELAND BUILDING
53 PLEASANT STREET
SUITE 2300
CONCORD, NH 03301

By: /s/ Amber Matas