**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Rachel Spitz                                                    Bk. No.   25-10313-KB
                                                               Chapter 13

        Debtor(s)

## ORDER TO APPEAR AND SHOW CAUSE

On October 29, 2025, a motion for relief was filed by Creditor Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Homes 2023-NQM2 Trust (ECF No. 35) (the "Motion"). The movant is not in compliance with Local Bankruptcy Rule (LBR) 4001-1 for failure to file the following document(s) with the Motion:

☒     The 8/8/2024 version of Local Bankruptcy Form (LBF) 4001-1A "Worksheet Completed by the Mortgagee/Servicer in Support of Motion for Relief from Stay Involving Residential Real Property" or LBF 4001-1B "Statement – Motion for Relief Worksheet is Not Required",

☐     Required exhibits, i.e., note and mortgage documents.

Therefore, it is hereby ORDERED that counsel for the movant shall appear on

**11/26/2025 at 10:00 AM** in Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire, to show cause, if any, why the Motion ought not be denied for failure to comply with LBR 4001-1 as indicated above.

If the movant files the required documents on or before November 19, 2025, this order to show cause shall be discharged and the hearing cancelled.

|  |  |
|---|---|
|  | For the Court |
|  | Kristie Trimarco, Clerk of Court |
| Date:   October 29, 2025 | By: /s/ P. Ptak |
|  | Deputy Clerk |