UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE:<br><br><br>Rachel Spitz a/k/a Rachel Broadhurst, d/b/a Family Law Foundation,<br><br>Debtor | Case No. 25-10313-KB<br><br>Chapter 13 |

### WORSHEET COMPLETED BY THE MORTGAGEE/SERVICER IN SUPPORT OF MOTION FOR RELIEF FROM STAY INVOLVING RESIDENTIAL REAL PROPERTY

I, _____ **Erica Haro** _____ of Select Portfolio Servicing, Inc., as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Homes 2023-NQM2 Trust, do hereby declare:

## BACKGROUND INFORMATION

| | | |
|---|---|---|
| 1. | Address or general description of the real property that is the subject of this motion. | 201 Glen Ledge Road, Bartlett, NH 03838 |
| 2. | Name and address of original mortgagee. | Mortgage Electronic Registration Systems, Inc., as nominee for Homexpress Mortgage Corp., P.O. Box 2026, Flint, MI 48501-2026 |
| 3. | Dates of the note and mortgage. | November 30, 2022 |
| 4. | If Movant is different from the original mortgagee, the status of Movant (e.g., holder, assignee, or servicing agent). | Servicing Agent |
| 5. | Current address of Movant. | P.O. Box 65250, Salt Lake City, UT 84165-0250. |
| 6. | Postpetition payment address of Movant if different from address in paragraph 5 above. | P.O. Box 65450, Salt Lake City, UT 84165-0450. |



LBF 4001-1A (Eff. 08/08/2024)                              \

| 7. | Brief statement of Movant's standing (e.g., first mortgagee, second mortgagee, assignee, servicing agent). | Servicing Agent |
|---|---|---|

## DEBT/VALUE REPRESENTATIONS

| 8. | Total indebtedness of Debtor(s) to Movant at the time of filing the motion.  This amount may not be relied upon as a "payoff" quotation. | $397,602.45 |
|---|---|---|
| 9. | Movant's estimated market value of the real property. | $630,000.00 |
| 10. | Source of estimated valuation. | Debtor's Schedule A/B |

## STATUS OF DEBT AS OF
## THE PETITION DATE (CH. 13)
## OR MOTION FOR RELIEF FILING DATE (CH.7)

| 11. | Total prepetition indebtedness of Debtor(s) to Movant as of petition filing date (Ch. 13) OR Total contractual debt owed (Ch. 7) | $366,337.79 |
|---|---|---|
| A. | Amount of principal. | $297,618.87 |
| B. | Amount of Interest. | $59,614.93 |
| C. | Amount of escrow (taxes and insurance). | $4,248.25 |
| D. | Amount of forced placed insurance. | $0.00 |
| E. | Amount of attorney's fees incurred prepetition that have been or will be charged to the Debtor(s). | $0.00 |
| F. | Amount of prepetition late fees, if any, billed to Debtor(s). | N/A |



LBF 4001-1A (Eff. 08/08/2024)

2

| G. | Itemize any additional prepetition fees or costs charged to the Debtor(s)' account and not listed above, including inspection fees, valuation fees, real estate taxes, etc. A separate exhibit may be attached to this worksheet. If so, it is marked Exhibit N/A | A. $4,855.74 fees, costs<br>B. $0.00<br>C. $0.00<br>D. $0.00 |
|---|---|---|
| 12. | Number of payments in arrears on the petition date. | 13 |
| 13. | Total amount of prepetition arrearage. | $71,887.34 |
| 14. | Contractual interest rate. If interest rate is (or was) adjustable, please list the rate(s) and date(s) the rate(s) was/were in effect. A separate exhibit may be attached to this worksheet. If so, it is marked Exhibit N/A | 18.000% |

## STATUS OF DEFAULT
### AS OF 11/20/2025

| 15. | Amount of monthly payment (including principal, interest, and escrow) | $5,041.00 |
|---|---|---|
| 16. | Date last payment was received. | N/A |
| 17. | Alleged number of postpetition or contractual payments due postpetition from filing of petition through payment due on 11/20/2025. | 6 |
| 18. | Number of payments in arrears as of above date. | 6 |
| 19. | Please list below all contractual payments due and all payments made since date of filing: | N/A |

| Payments Due Since Date of Filing | |
|---|---|
| Date Due | Amount Due |
| 06/01/2025 | $5,041.00 |



LBF 4001-1A (Eff. 08/08/2024)

3

| 07/01/2025 | $5,041.00 |
| 08/01/2025 | $5,041.00 |
| 09/01/2025 | $5,041.00 |
| 10/01/2025 | $5,041.00 |
| 11/01/2025 | $5,041.00 |

| Payments Received Since Date of Filing | |
|---|---|
| Date Received | Amount Paid |
| N/A | $0.00 |

| 20. | Amount of Movant's attorney's fees charged or to be charged to the Debtor(s) for the preparation, filing, and prosecution of this motion. | $N/A |
|---|---|---|
| 21. | Amount of filing fee for this motion. | $N/A |
| 22. | Itemize amount and date of charge for postpetition or contractual fees or costs charged or to be charged to the Debtor(s)' account and not listed above, including inspection fees, valuation fees, insurance, real estate taxes, attorney's fees, etc.  A separate exhibit may be attached to this worksheet.  If so, it is marked Exhibit __N\|A__ . | |

| Amount | Date |
|---|---|
| A. $0.00<br>B. $0.00<br>C. $0.00<br>D. $0.00 | N/A |

| 23. | Sum held in suspense by Movant in connection with this contract, if applicable. | Credit of $0.00 |
|---|---|---|
| 24. | Total amount of postpetition or contractual arrearage. | $30,246.00 |



4

## REQUIRED ATTACHEMENTS

The following documents are attached to this worksheet in support of the motion and marked as exhibits:

1. Copies of documents showing Movant's interest in the subject property (e.g., a complete and legible copy of the promissory note or other debt instrument together with a complete and legible copy of the mortgage and any assignment in the chain from the original mortgagee to the Movant), which are marked as Exhibits A.

2. Copies of documents showing proof of standing to bring this motion for relief if different than the above, which are marked as Exhibits A.

## CERTIFICATION FOR BUSINESS RECORDS

The information provided in this worksheet and/or any exhibits attached to this worksheet (other than the transactional documents attached as required by paragraphs 1 and 2 immediately above) is derived from records that (a) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, (b) were kept in the course of the regularly conducted activity, and (c) were made by the regularly conducted activity as a regular practice.

Further, the copies of any transactional documents attached to this worksheet or motion, as required by paragraphs 1 and 2 immediately above, are true and accurate copies of the original documents.



LBF 4001-1A (Eff. 08/08/2024)

## DECLARATION

I, **Erica Haro** Document Control Officer _____ of Select Portfolio Servicing, Inc., as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Homes 2023-NQM2 Trust, hereby declare (or certify, verify, or state) pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct based on personal knowledge of the Movant's books and business records.

Executed at SALT LAKE CITY _____ (City/Town), UT ____ (State) on this 20 ___ day of NOVEMBER (Month), 2025 (Year).

_____

**Erica Haro** _____ (Print Name)

**Document Control Officer** ____ (Title)

**Select Portfolio Servicing, Inc.**

_____

Select Portfolio Servicing, Inc., as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Homes 2023-NQM2 Trust (Movant)

3217 S. DECKER LAKE Dr. (Street Address)

SLC, UT 84119 _____ (Zip Code)



## REPRESENTATIONS REGARDING OTHER LIENS
## ATTACHING TO THE PROPERTY

I, Joseph Dolben, Esquire, (insert name of Movant or Movant's attorney), do hereby declare:

| Names of Senior Lienholder | Amount Due | Source of Information (e.g., Debtor's schedules, public records, other) |
|---|---|---|
| N/A | $0.00 | N/A |
| Movant's Lien | $397,602.45 | Estimated Payoff as of November 20, 2025 |

| Names of Junior Lienholder | Amount Due | Source of Information (e.g., Debtor's schedules, public records, other) |
|---|---|---|
| N/A | $0.00 | N/A |
| N/A | $0.00 | N/A |

/s/ Joseph Dolben          11/26/2025

Joseph Dolben, Esquire
Harmon Law Offices, P.C.



LBF 4001-1A (Eff. 08/08/2024)