UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| ) | Chapter 13 |
| ) | |
| ) | |
| ) | Case No. 25 - 10313 kb |
| ) | |
| ) | |
| In Re: Rachel SPITZ                                                   ) | |
| ) | |

### DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY

Now comes the debtor, Rachel SPITZ, who through counsel, hereby responds to the motion for relief from stay (doc. 35) filed by creditor Wilmington Savings Fund Society, et. al.:

1. Debtor Rachel Spitz is the fee simple owner of 201 Glen Ledge Road in Bartlett, N.H., which is a single family home. The property was valued at $630,000.00 on the debtor's Schedule A/B, and is presently listed for sale at $675,000.00. The motion for relief did not include a separate valuation, but referred to the Schedule A valuation. Based on figures in the petition and the motion, debtor's equity in the property is estimated to be at least $230,000.00.

2. The allegation in ¶ 4 of the motion for relief stating that a plan has not been confirmed is false. The debtor's chapter 13 plan was confirmed on September 12, 2025 (doc. 29).

3. The allegation in ¶ 10 of the motion for relief that the plan calls for retention of the property fails to mention that the plan actually calls for a swift sale of the property, with funds from said sale allocated to paying the claims in this case, including the claim of the moving party.

4. Concerning the allegations of ¶¶ 17 and 18 of the motion for relief alleging that no post-petition payments on the loan have been made, the Court should be aware that this is largely due to the creditor increasing the debtor's monthly mortgage payment to $5,041.00, an astronomical sum for a house in northern New Hampshire that only a small few could afford. While the creditor may be within its contractual rights in doing this, it was the precipitating factor in the debtor's default and the filing of this case.

5. Believing that the most realistic solution to this problem is to sell the property and

pay off the mortgage, the debtor has been actively engaged in the process of doing so. To wit:

*        The debtor accepted an purchase and sale offer on November 4, 2025 for $675,000.00. Regrettably, that sale did not go through when the proposed buyers backed out, and their earnest money deposit was returned to the buyer's broker.

*        The house was reduced to $675,000 (from $695,000) on November 21, 2025. Three  open houses have taken place since Nonember 21st, with traffic being high.

*        Two potential buyers, who came through on a prior open house, are scheduled to revisit after Christmas.

*        The house is actively listed on MLS, NREN, and in the Valley Real Estate Guide magazine.

*        The price is scheduled to be reduced on or about January 1st  if no offer is received, and an open house will follow to promote further price reduction.

*        On Saturday, December 20th a mass email and text was sent to all leads and brokers, with aggressive pricing.

*        An open house is scheduled for January 3, 2026, and two showings are scheduled for December 31, 2025.

*        A series of open houses are scheduled for both the Massachusetts and New Hampshire winter school vacation week, as the area is heavily visited at that time.


WHEREFORE, in light of the errors in the motion and the debtor's good faith efforts to sell the property and pay the movant, the debtor asks that the Court not grant the relief requested at this time, or in the alternative rule that the stay shall be lifted at a specified future time which allows the debtor a fair chance to complete the sale process.

By Debtor's Attorney,


/s/Douglas J. Beaton

_____

Douglas J. Beaton
800 Turnpike Street, Suite 300
North Andover, MA 01845
(978) 975-2608
dougbeaton@comcast.net
        BBO No. 565266

DATED: December 30, 2025

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the attached pleading to the following persons:

Andrew Dudley, Esquire (case trustee)
P O Box 429
Berwick, ME 04011

US Trustee Office
55 Pleasant Street
Concord, NH 03301

and VIA FIRST CLASS MAIL or electronic delivery, to each of the creditor accounts shown below:

Joseph Dolben
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(counsel for movant)

Affinity Plus Federal Credit Union
175 West Lafayette Frontage Rd
Saint Paul, MN 55107

Citi Card
P O Box 790040
Saint Louis, MO 63179

Discover Bank
P O Box 3025
New Albany, OH 43054

Fidelity VISA Credit Card
Elan Financial Services
P O Box 790408
Saint Louis, MO 63179-0408

Harmon Law Offices

150 California Street
Lori Bolduc, Esquire
Newton, MA 02458


Martel Engineering, Inc.
44 Partridge Street
Windham, NH 03087

Next Gear Motors, Inc.
Seyed M. Nouri, agent
2501 Ratchford Drive
Raleigh, NC 27604

Regions Bank
1900 5th Avenue North
Birmingham, AL 35203
Select Portfolio Servicing
P O Box 65250
Salt Lake City, UT 84165

Sunbug Solar, LLC
c/o Law office of Robert E. Fierman
678 Massachusetts Avenue Suite 600
Cambridge, MA 02139

White Mountain Propane and Oil
2820 White Mountain Highway
North Conway, NH 03860

Wilmington Savings Fund Society FSB
9990 Richmond Avenue Suite 400 South
Houston, TX 77042



/s/ Douglas J. Beaton

_____
Douglas J. Beaton
December 30, 2025