UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

|                        |     |                        |
|------------------------|-----|------------------------|
|                        | )   | Chapter 13             |
|                        | )   |                        |
|                        | )   |                        |
|                        | )   | Case No. 25 - 10313 kb |
|                        | )   |                        |
|                        | )   |                        |
| In Re: Rachel SPITZ    | )   |                        |
|                        | )   |                        |

REQUEST FOR VOLUNTARY DISMISSAL

Now comes the debtor through counsel, who requests that this case be dismissed pursuant to 11 USC § 1307 (b).

This case has not previously been converted from another Chapter of the Bankruptcy Code.

WHEREFORE, the debtor voluntarily moves that the Court dismiss this case.

Rachel SPITZ
By her Attorney,

/s/Douglas J. Beaton
_____

Douglas J. Beaton
800 Turnpike Street, Suite 300
North Andover, MA 01845
(978) 975-2608
bankruptcy@douglasbeaton.com
NH Bar: 10215 BNH: 04648

DATED: February 16, 2026

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the attached pleading to the following persons:


VIA ELECTRONIC DELIVERY:

Lawrence Sumski, Esquire (case trustee)
32 Daniel Webster Highway #15
Merrimack, NH 03054

US Trustee Office
55 Pleasant Street
Concord, NH 03301

Joseph Dolben, Esquire
Harmon Law Offices
150 California Street
Newton, MA 02458
(counsel to Wilmington Savings Fund Society)


VIA FIRST CLASS U.S. MAIL:

Affinity Plus Federal Credit Union
175 West Lafayette Frontage Rd
Saint Paul, MN 55107

Citi Card
P O Box 790040
Saint Louis, MO 63179

Discover Bank
P O Box 3025
New Albany, OH 43054

Fidelity VISA Credit Card
Elan Financial Services
P O Box 790408
Saint Louis, MO 63179-0408

Martel Engineering, Inc.
44 Partridge Street
Windham, NH 03087

Next Gear Motors, Inc.
Seyed M. Nouri, agent
2501 Ratchford Drive
Raleigh, NC 27604

Regions Bank
1900 5th Avenue North
Birmingham, AL 35203
Select Portfolio Servicing
P O Box 65250
Salt Lake City, UT 84165

Sunbug Solar, LLC
c/o Law office of Robert E. Fierman
678 Massachusetts Avenue Suite 600
Cambridge, MA 02139

White Mountain Propane and Oil
2820 White Mountain Highway
North Conway, NH 03860

Wilmington Savings Fund Society FSB
9990 Richmond Avenue Suite 400 South
Houston, TX 77042


/s/ Douglas J. Beaton

_____
Douglas J. Beaton
February 16, 2026


(Proposed order follows):

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| ) | Chapter 13 |
| ) | |
| ) | |
| ) | Case No. 25 - 10313 kb |
| ) | |
| ) | |
| In Re: Rachel SPITZ                    ) | |
| ) | |

ORDER

On the request of the debtor pursuant to 11 U.S.C. § 1307 (b), this case is hereby dismissed.

DATED: February    , 2026

at Concord, New Hampshire     _____

United States Bankruptcy Judge