UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| ) | Chapter 13 |
| ) | |
| ) | |
| ) | Case No. 25 - 10313 kb |
| ) | |
| ) | |
| In Re: Rachel SPITZ  ) | |
| ) | |

ORDER

On the request of the debtor pursuant to 11 U.S.C. § 1307 (b), this case is hereby dismissed.

DATED: ___February 17, 2026___        /s/ Kimberly Bacher _____
                                       Kimberly Bacher
                                       Chief Bankruptcy Judge